**CASE UNSEALED PER ORDER OF COURT**

~~SEALED~~

2013 SEP 27  PM 5: 30

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>SERAFIN ZAMBADA-ORTIZ<br>  aka "Sera",<br><br>             Defendant. | Case No. **13CR3575DMS**<br><br>NOTICE OF RELATED CASE<br><br>~~SEALED~~ |

TO THE CLERK OF THE COURT:

Please take notice that the above entitled case is related to <u>United States of America v. ~~Flores-Vargas~~ Daniel Madrigal, et al.</u>, Case No. 12-CR-4711-DMS, pursuant to Local Rule 57.2.1, Related Cases. The United States Attorney certifies the cases are related for the following reason(s):

    ___(1)    More than one indictment or information is filed or pending against the same defendant or defendants.

    _X_(2)    Prosecution against different defendants arises from;

          _X_(a)    a common wiretap

          ___(b)    a common search warrant

          ___(c)    activities that are part of the same alleged criminal event or transaction; that is, the cases involved substantially the same facts and the same questions of law.

DATED: September 27, 2013.

LAURA E. DUFFY
United States Attorney

