# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. **13CR3575-DMS** |
| Plaintiff, | ) WAIVER OF PERSONAL APPEARANCE |
| vs. | ) AT ALL FUTURE COURT |
| | ) PROCEEDINGS UNLESS REQUESTED |
| SERAFIN ZAMBADA, | ) BY COUNSEL OR THE COURT |
| Defendant | ) |

The Defendant Serafin Zambada and Defendant's attorney acknowledge and agree that:

(1) Defendant has the right to be present at all future court proceedings

(2) He is currently housed at Metropolitan Correctional Center Special Housing Unit and is hopeful that he will be moved from this facility.

(3) Defendant's attorney has explained to the Defendant his right to be personally present at all proceedings as well as the nature and substance of each and every one of the hearings in English and Spanish and his right to provide input during those proceedings and his constitutional right to do the same;

(4) Defendant also understands that the execution of this waiver results in waiver of the right to appear at all future hearings unless he personally desires to appear, or the Court orders his appearance, or his attorneys request his personal presence ;

(5) Defendant understands that he has the right to revoke this waiver at any time by informing his attorneys or notifying the court in writing;

Defendant, having conferred with the attorney of record, waives his personal appearance for future proceedings subject to the exceptions as indicated in paragraph 5 above. Defendant authorizes this court to proceed in his absence future hearings unless and otherwise notified.

Defendant further waives personal notice of the date and time of future hearings and acknowledges that the hearing will take place in his absence whether in front of the assigned district court judge or the magistrate judge.

Defendant's true name is: SERAFIN ZAMBADA-ORTIZ

Date:_____          _____
                              Defendant


                              Witnessed By:

Date_____           _____
                              Attorney for Defendant